IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE ALLEN BUTLER,

    Petitioner,                   No. CIV S-04-1049 EJG GGH P

    vs.

DERRAL ADAMS, Warden,

    Respondent.                 <u>ORDER</u>

_____/

        On April 14, 2005, petitioner filed a motion for an extension of time to file a request for a certificate of appealability. On April 11, 2005, petitioner filed a notice of appeal which the court construed as containing a request for a certificate of appealability. On April 27, 2005, the court issued a certificate of appealabilty.

        Accordingly, IT IS HEREBY ORDERED that petitioner's April 14, 2005, motion for an extension of time to file his request a certificate of appealability is denied as unnecessary.

DATED: 5/3/05

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:kj
but1049.den