IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE ALLEN BUTLER,

       Petitioner,                    No. CIV S-04-1049 EJG GGH P

    vs.

DERRAL ADAMS, et al.,

       Respondents.                <u>ORDER</u>

_____/

       This petition for writ of habeas corpus was dismissed as untimely on March 30, 2005, and judgment entered accordingly. Petitioner's letter requesting court assistance regarding sentencing issues filed February 12, 2008, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

       IT IS SO ORDERED.

DATED: 02/26/08                    /s/ Gregory G. Hollows

                                     UNITED STATES MAGISTRATE JUDGE

but1049.ord