FILED

MAR 30 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

STEVE ALLEN BUTLER,

    Petitioner,

    v.                              CIV. NO. S-04-1049 EJG GGH P

DERRAL ADAMS, Warden,                ORDER OF NON-ACTION

    Respondent.
_____/

    The court is in receipt of a letter dated March 9, 2010, which purports to attach correspondence from petitioner seeking his release from prison. This is a closed case, the petition for a writ of habeas corpus having been denied and judgment having been entered by the district court March 30, 2005, and affirmed by the Ninth Circuit Court of Appeals September 21, 2006. Neither the letter nor the attached correspondence provide a basis for court action.

    IT IS SO ORDERED.

Dated: March 30, 2010

                                  /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE
                              UNITED STATES DISTRICT COURT